IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD D. DAVIS, III,

    Plaintiff,

vs.

FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

No. CIV S-11-1242 KJM DAD PS

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

    Plaintiff, proceeding pro se, commenced this civil rights action on May 9, 2011, by filing a complaint and paying the required filing fee. The Clerk has issued a summons as to eight defendants.  The case has been referred to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

    Good cause appearing, IT IS ORDERED that:

    1. A Status (Pretrial Scheduling) Conference is set for **Friday, September 9, 2011, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

    2. Within fourteen (14) days after plaintiff is served with this order, plaintiff shall serve a copy of this order upon each defendant; within five (5) days after serving a copy of this

/////

1

order on a defendant, plaintiff shall file a certificate of service indicating the date and manner of service of this order on the defendant on the defendant who was served;

      3. Any party may appear at the Status (Pretrial Scheduling) Conference telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 <u>at least 48 hours before the Status (Pretrial Scheduling) Conference</u>;

      4. Plaintiff shall file and serve a status report on or before **August 26, 2011,** and defendants shall file and serve their status report or reports on or before **September 2, 2011**. Each party's status report shall address all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Possible amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

/////

   k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

   l. Any other matters that may aid in the just and expeditious disposition of this action;

5. The pro se plaintiff is informed that failure to file a timely status report or failure to appear at the status conference in person or telephonically may result in a recommendation that this action be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183; and

6. The pro se plaintiff is cautioned that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on that defendant within 120 days from the date the complaint was filed.

DATED: May 10, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\davis1242.ossc