IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD D. DAVIS, III,

       Plaintiff,                 No. CIV S-11-1242 KJM DAD PS

vs.

FOLSOM CORDOVA UNIFIED
SCHOOL DISTRICT, et al.,
                                    <u>ORDER</u>
       Defendants.
_____/

       Defendants' motion to dismiss plaintiff's first amended complaint is set for hearing on August 26, 2011. The pro se plaintiff has filed a motion to amend his first amended complaint and has attempted to notice the motion for hearing concurrently with defendants' motion to dismiss.

       The court declines to permit further amendment of plaintiff's pleading until the court has heard defendants' motion and determined whether the first amended complaint should be dismissed and, if so, whether leave to amend should be granted. If leave to amend is granted, the court will provide plaintiff with guidelines he must follow. It would serve no purpose to permit plaintiff to amend his complaint a second time without guidance from the court.

/////

/////

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend his first amended complaint (Doc. No. 22) is denied without prejudice to argument concerning leave to amend at the hearing of defendants' motion to dismiss; and

2. Plaintiff's motion to amend will not be placed on the court's August 26, 2011 law and motion calendar.

DATED: August 19, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\davis1242.mta.den