IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD D. DAVIS, III,

    Plaintiff,                  No. CIV S-11-1242 KJM DAD PS

    vs.

FOLSOM CORDOVA UNIFIED        ORDER
SCHOOL DISTRICT, et al.,

    Defendants.

_____/

        Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

        On January 23, 2013, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections were to be filed within fourteen days after service of the findings and recommendations. Plaintiff has filed objections to the findings and recommendations, which the court has carefully reviewed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file,

1  the court finds the findings and recommendations to be supported by the record and by the
2  proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed January 23, 2013 (Doc. No. 57) are
5  adopted in full;
6          2. Defendants' May 17, 2012 motion to dismiss (Doc. No. 47) is granted;
7          3. Plaintiff's April 27, 2012 second amended complaint (Doc. No. 44) is
8  dismissed without leave to amend; and
9          4. This action is closed.
10 DATED: March 30, 2013.

                                          UNITED STATES DISTRICT JUDGE